

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00729-CR

James Joshua **GRIFFIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11589
Honorable Jennifer Pena, Judge Presiding

# O R D E R

The reporter's record was originally due November 7, 2022, but was not filed. On November 8, 2022, the court reporter filed a notification of late record, requesting an extension until March 8, 2023 to file the record. After consideration, we **GRANT** the request in part and **ORDER** the court reporter to file the record by **January 6, 2023**. This order is without prejudice to the court reporter requesting additional extensions of time, if required.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court